IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,

        Plaintiff,

  v.

DR. RANDOLL GO, et al.

        Defendants

No. C 06-3416 MMC

**ORDER STRIKING AMENDED COMPLAINT**

The Court is in receipt of plaintiff Daniel Rodriguez's "Medical Malpractice Amended Complaint," filed June 27, 2006.

By order filed June 13, 2006, the Court dismissed plaintiff's initial complaint without leave to amend, and without prejudice to refiling in state court, on the ground this Court lacks subject matter jurisdiction over plaintiff's medical malpractice claim. On June 14, 2006, the Clerk entered judgment on the order of dismissal.

Because the Court dismissed plaintiff's initial complaint without leave to amend, the amended complaint is hereby STRICKEN, again without prejudice to plaintiff's refiling his claims in state court.

**IT IS SO ORDERED.**

Dated: June 28, 2006

                                        MAXINE M. CHESNEY
                                        United States District Judge